A. S., PLAINTIFF-RESPONDENT, v.
B. S., DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued May 16, 1977—Decided May 31, 1977.

Before Judges FRITZ, ARD and PRESSLER.

*Mr. Ira F. Back* argued the cause for the appellant.

*Mr. George Warren, Guardian ad Litem,* argued the cause *pro se.*

PER CURIAM. The judgment of the Superior Court, Chancery Division, is affirmed substantially for the reasons set forth in the opinion of Judge Lowengrub.